No. 90–7736.   MONTEMAYOR *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–7742.   FRAZIER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7748.   SMITH *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7751.   JUDD *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 90–7752.   WILLIAMS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 90–7753.   BROWN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–7758.   OWENS *v.* LIBHART.   C. A. 3d Cir.   Certiorari denied.

No. 90–7763.   SINGH *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90–7765.   MIZYED *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–7771.   BROWN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7773.   WILSON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–7775.   EASTERLING, AKA DOYLE *v.* UNITED STATES. C. A. 10th Cir.   Certiorari denied.

No. 90–7776.   FIELDS, AKA NEILLEY *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 90–7780.   TAORID *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 90–7798.   LOWE *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.